R. ALLYN TAYLOR (No. 118428)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER RUDNICK GRAY CARY US LLP
333 Market Street, 32nd Floor
San Francisco, California 94105
Tel: (415) 659-7000
Fax: (415) 659-7300

Attorneys for Plaintiff
NetIQ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NetIQ CORPORATION,<br>a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ITA NETWORKS, INC.<br>a New Jersey corporation,<br><br>　　　　　　Defendant. | Case No. C 05 0694 (EDL)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES; [PROPOSED] ORDER RE SAME** |

　　　　WHEREAS the parties are currently in the process of negotiating a settlement of this action;

　　　　WHEREAS the parties wish to extend deadlines in this action to continue to negotiate such settlement;

　　　　IT IS HEREBY STIPULATED by and between the undersigned that Defendant's time for answering or otherwise moving with respect to the Complaint in this proceeding is enlarged to July 13, 2005 and all other dates as specified by the standing orders of the Court are enlarged as follows:

　　　　July 26, 2005 - Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR certification with Stipulation

STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES
~SANF1:315547.v1

1  to ADR process or Notice of Need for ADR phone conference.

2  <u>August 9, 2005</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)

3  report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

4  <u>August 16, 2005</u> - Case Management Conference in Courtroom E, 15th Floor, 3F at 10:00

5  a.m.

6

7  Dated: June 13, 2005                    SLATER & COLE, LLP
                                            Attorneys for Defendant
8

9                                           /s/ Christine Cole
                                            Christine Cole, Esq.
10                                          11 Broadway, Suite 1101
                                            New York, New York 10004
11                                          (212) 425-3158

12 Dated: June 13, 2005                    DLA PIPER RUDNICK GRAY CARY
                                            Attorneys for Plaintiff
13

14                                          /s/ Eugene Pak
                                            Eugene Pak, Esq.
15                                          153 Townsend Street, Suite 800
                                            San Francisco, California 94107-1957
16                                          (415) 836-2500

17 IT IS SO ORDERED.

18

19 Dated:  June 14, 2005                   _____

20                                          Magistrate Judge Elizabeth LaPorte

21

22

23

24

25

26

27

28

~ STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES
~SANF1:315547.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

333 Market Street, Suite 3200
San Francisco, California 94105-2150

DLA PIPER RUDNICK
GRAY CARY