| | |
|---|---|
| 1 | R. ALLYN TAYLOR (No. 118428) |
| 2 | DLA PIPER RUDNICK GRAY CARY US LLP<br>2000 University Avenue |
| 3 | East Palo Alto, California 94303<br>Tel: (650) 833-2179 |
| 4 | Fax: (650) 833-2001 |
| 5 | EUGENE M. PAK (No. 168699)<br>DLA PIPER RUDNICK GRAY CARY US LLP |
| 6 | 333 Market Street, 32nd Floor<br>San Francisco, California 94105 |
| 7 | Tel: (415) 659-7000<br>Fax: (415) 659-7300 |
| 8 | Attorneys for Plaintiff |
| 9 | NetIQ CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NetIQ CORPORATION,<br>a Delaware corporation, | Case No. C 05 0694 (EDL) |
| Plaintiff,<br>v.<br>ITA NETWORKS, INC.<br>a New Jersey corporation,<br>Defendant. | **STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES;** [~~PROPOSED~~] **ORDER RE SAME** |

WHEREAS the parties are currently in the process of negotiating a settlement of this action;

WHEREAS the parties wish to extend deadlines in this action to continue to negotiate such settlement;

IT IS HEREBY STIPULATED by and between the undersigned that Defendant's time for answering or otherwise moving with respect to the Complaint in this proceeding is enlarged to August 19, 2005 and all other dates as specified by the standing orders of the Court are enlarged as follows:

August 30, 2005 - Last day to meet and confer re initial disclosures, early settlement, ADR

STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES
~SANF1:315547.v1

1  process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
2  to ADR process or Notice of Need for ADR phone conference.
3  <u>September 13, 2005</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
4  report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and
5  <u>September 20, 2005</u> - Case Management Conference in Courtroom E, 15th Floor, 3F at 10:00
6  a.m.

8  Dated: August 10, 2005

SLATER & COLE, LLP
Attorneys for Defendant

*Christine Cole*

Christine Cole, Esq.
11 Broadway, Suite 1101
New York, New York 10004
(212) 425-3158

13 Dated: August 10, 2005

DLA PIPER RUDNICK GRAY CARY
Attorneys for Plaintiff

*Eugene Pak*

Eugene Pak, Esq.
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
(415) 836-2500

18 IT IS SO ORDERED.

20 Dated: August 10, 2005

*Elizabeth D. Laporte*
Magistrate Judge Elizabeth LaPorte