R. ALLYN TAYLOR (No. 118428)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
NetIQ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NetIQ CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ITA NETWORKS, INC. a New Jersey corporation,<br><br>Defendant. | Case No. C 05 0694 (EDL)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES; [~~PROPOSED~~] ORDER RE SAME** |

WHEREAS the parties have reached a tentative settlement of this action and are in the process of memorializing the settlement;

WHEREAS the parties wish to extend deadlines in this action to allow time to finalize the settlement

IT IS HEREBY STIPULATED by and between the undersigned that Defendant's time for answering or otherwise moving with respect to the Complaint in this proceeding is enlarged to December 19, 2005 and all other dates as specified by the standing orders of the Court are enlarged as follows:

STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES
~SANF1:315547.v1

<u>January 10, 2006</u> - Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR phone conference.

<u>January 24, 2006</u> - Last day to complete initial disclosures or state objection in Rule 26 (f) report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

<u>January 31, 2006</u> - Case Management Conference in Courtroom E, 15th Floor, 3F at 10:00 a.m.

Dated: November 9, 2005

SLATER & COLE, LLP
Attorneys for Defendant

/s/ Christine Cole
Christine Cole, Esq.
11 Broadway, Suite 1101
New York, New York 10004
(212) 425-3158

Dated: November 14, 2005

DLA PIPER RUDNICK GRAY CARY
Attorneys for Plaintiff

/s/ Eugene Pak
Eugene Pak, Esq.
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
(415) 836-2500

IT IS SO ORDERED.

Dated: November 15, 2005

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Magistrate Judge Elizabeth LaPorte

~ STIPULATION TO EXTEND TIME TO ANSWER AND OTHER DEADLINES
~SANF1:315547.v1