1  MARK R. WEINSTEIN (State Bar No. 193043)
   MARK F. LAMBERT (State Bar No. 197410)
2  WHITE & CASE, LLP
   3000 El Camino Real
3  Five Palo Alto Square, Tenth Floor
   Palo Alto, CA  94306
4  Telephone:     (650) 213-0300
   Facsimile:      (650) 213-8158
5
   Attorneys for Non-Party Marshal Limited
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  NETIQ CORPORATION, a Delaware          )   Case No. C05 00694 EDL
    corporation,                           )
13                                         )   **STIPULATION AND [PROPOSED]**
                  Plaintiff,               )   **ORDER SUBSTITUTING MARSHAL**
14                                         )   **LIMITED AS PLAINTIFF PURSUANT**
           v.                              )   **TO FEDERAL RULE OF CIVIL**
15                                         )   **PROCEDURE 25(C)**
    ITA NETWORKS, INC., a New Jersey       )
16  Corporation,                           )
                                           )
17                Defendant.               )
                                           )
18

19

20

21

22

23

24

25

26

27

28

1    **WHEREAS** plaintiff NetIQ Corporation ("NetIQ") filed this action against ITA
2  Networks, Inc. ("ITA Networks") on February 15, 2005;

3    **WHEREAS** the Complaint alleges that defendant ITA Networks engaged in
4  trademark infringement and unfair competition through, *inter alia*, the alleged infringement of
5  NetIQ's "MARSHAL" marks;

6    **WHEREAS** pursuant to an Asset Purchase Agreement effective December 1,
7  2005, NetIQ assigned all right, title and interest in the MARSHAL marks that are the subject of
8  the Complaint to Marshal Limited;

9    **WHEREAS** the parties agree that it would be appropriate to substitute Marshal
10  Limited as the plaintiff in this action pursuant to Federal Rule of Civil Procedure 25(c); and

11    **WHEREAS** ITA Networks has not appeared in this action is not affected by the
12  proposed substitution;

14    **NOW THEREFORE** NetIQ and Marshal hereby stipulate, and respectfully request
15  that the Court order, as follows:

16    1.    Marshal Limited is hereby substituted for NetIQ Corporation as plaintiff in the
17  above-captioned action.

20  Dated: January 16, 2006                **WHITE & CASE LLP**
                                           Attorneys for Marshal Limited

22                                              /s/ Mark R. Weinstein /s/
                                           Mark R. Weinstein
23                                         3000 El Camino Real
                                           Five Palo Alto Square, 10th Floor
24                                         Palo Alto, CA  94306

-1-    Stipulation re Substitution of Party
(Case No. C05 00694 EDL)

1  Dated:  January 17, 2006                    **DLA PIPER RUDNICK GRAY CARY**
                                               Attorneys for Plaintiff NetIQ Corporation

                                                       /s/ Eugene Pak /s/
                                               Eugene Pak, Esq.
                                               153 Townsend Street, Suite 800
                                               San Francisco, CA 94107-1957

           Pursuant to General Order 45.X, I, Mark R. Weinstein, hereby attest that Eugene Pak of DLA Piper Rudnick Gray Cary, counsel for NetIQ Corporation, has concurred in this filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 19, 2006                        _____
                                               The Honorable Elizabeth D. LaPorte
                                               United States Magistrate Judge

[Stamp: GRANTED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]

-2-                                    Stipulation re Substitution of Party
                                       (Case No. C05 00694 EDL)