| | |
|---|---|
| 1  MARK R. WEINSTEIN (SBN 193043)<br>    MARK F. LAMBERT (SBN 197410)<br>2  JULIETA L. LERNER (SBN 240502)<br>    WHITE & CASE LLP<br>3  3000 El Camino Real<br>    Five Palo Alto Square, 9th Floor<br>4  Palo Alto, CA 94306<br>    Telephone:   (650) 213-0300<br>5  Facsimile:    (650) 213-8158 | **E-filed 5/16/06** |

Attorneys for Plaintiff Marshal Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARSHAL LIMITED,<br><br>              Plaintiff,<br><br>       v.<br><br>ITA NETWORKS, INC.,<br><br>              Defendant. | Case No.  C 05-00694 JF (RS)<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST BY PLAINTIFF MARSHAL LIMITED RELATING TO ENTRY OF DEFAULT AGAINST DEFENDANT ITA NETWORKS, INC.**<br><br>The Honorable Jeremy Fogel |

1  The Court, having considered the Miscellaneous Administrative Request by plaintiff Marshal Limited ("Marshal") Relating to the Entry of Default against defendant ITA Networks, Inc. and good cause appearing, **HEREBY ORDERS** as follows:

1. The March 15, 2006 entry of default against defendant ITA Networks, Inc. (Doc. No. 20) is hereby **VACATED**.

2. The Clerk of Court shall promptly review and consider the Request for Entry of Default filed by Marshal on April 5, 2006 (Doc. No. 24) in accordance with Federal Rule of Civil Procedure 55(a).

**IT IS SO ORDERED.**

Dated: 5/16/06

_____
The Honorable Jeremy Fogel
United States District Judge